THE PEOPLE v. AYBAR.

APPEAL from the District Court of Arecibo.

No. 137.—Decided June 10, 1908.

CRIMINAL LAW—DEFAMATORY LIBEL.—This case being identical to case No. 136, *The People* v. *Abar,* decided June 9, 1911, the decision herein is based upon the same grounds as those set forth in the opinion in that case.

The facts are stated in the opinion.
The appellant did not appear.
*Mr. Rossy, fiscal,* for respondent.

MR. JUSTICE MACLEARY delivered the opinion of the court.

This case is entirely parallel with case No. 136 which was prosecuted against the same defendant for a similar crime and was decided yesterday by this court. It is for a different libelous article published two days later than the one on which the other case was based; but the two articles were equally libelous.

There is not sufficient difference in the two cases (which involve precisely the same questions), to necessitate the writing of an elaborate opinion, so we will merely refer to that

rendered in the former case, delivered by Mr. Justice Hernández, which has our entire approbation, and for similar reasons affirm the judgment rendered in this case by the trial court.

*Affirmed.*

Chief Justice Quiñones and Justices Hernández and Figueras concurred.

Mr. Justice Wolf did not sit at the hearing of this case.